IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LARRY D. CHRISTMAS, JR.** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil Action No. 1:10cv446-LG-RHW |
| | § | |
| **NORTHROP GRUMMAN** | § | |
| **SHIPBUILDING** | § | **DEFENDANT** |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**BEFORE THE COURT** is the Report and Recommendations [6] entered by United States Magistrate Judge Robert H. Walker on October 14, 2010. Judge Walker recommends that the plaintiff's Motions to Proceed *In Forma Pauperis* [2, 5] should be denied.

Christmas was advised that he must file any objections to Judge Walker's recommendations within fourteen days of being served with a copy of the Report and Recommendations. The Court record reveals that Jacobson received the Report and Recommendations on October 26, 2010, but he has not filed an objection to the Report and Recommendation. (*See* Acknowledgment of Receipt [8]).

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a *de novo* review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having conducted the required review, the Court finds that Judge Walker's Report and Recommendations is neither clearly erroneous nor contrary to law. Therefore, the Court finds that the Report and Recommendations entered by Judge Walker should be adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Report and Recommendations [6] entered by United States Magistrate Judge Robert H. Walker, be, and the same hereby is, ADOPTED as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Motions to Proceed *In Forma Pauperis* [2, 5] are DENIED.

**SO ORDERED AND ADJUDGED** this the 15th day of November, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE